# SUPERIOR COURT
### OF THE
# STATE OF DELAWARE

JEFFREY J CLARK
JUDGE

KENT COUNTY COURT HOUSE
38 THE GREEN
DOVER, DELAWARE 19901

July 27, 2015

Ms. Lachelle Green
52 S. Caesar Rodney Ave.
Camden, DE 19934

Mr. Gregory A. Morris, Esq.
46 The Green
Dover, DE 19901

The Game Lounge Inc.
Attn. Lachelle Green
52 S. Caesar Rodney Ave.
Camden, DE 19934

Re: **HAMLET SHOPPING CENTER ASSOCIATES LLC VS THE GAME LOUNGE INC, AND LACHELLE GREEN**
**K14C-08-014 JJC**

**VIA EFILE AND ALSO VIA REGULAR MAIL TO DEFENDANTS**

Dear Ms. Green and Mr. Morris:

At oral argument on July 24, 2015, the Court considered Defendant Lachelle Green's motion to dismiss and Plaintiff's motion for summary judgment against both Defendants. After considering the submissions of both parties, as indicated at the conclusion of the motion hearings, the Court is denying Defendant Lachelle Green's motion to dismiss and is granting Plaintiff's motion for summary judgment against both Defendants. This letter more fully sets forth the Court's reasoning for these decisions.

As an initial matter, the Court notes that on August 25, 2014, the Plaintiff's

Complaint was personally served on Defendants Lachelle Green individually, and The Game Lounge Inc. through its registered agent Lachelle Green. On September 18, 2014, Lachelle Green filed an Answer *pro se*. The Answer, although purporting to respond on behalf of both the individual and the corporate defendant, is only cognizable as to Lachelle Green in her individual capacity. In Delaware, a corporation must be represented by counsel in proceedings before this Court.[1] To date, no attorney has filed an entry of appearance on behalf of the Defendant, The Game Lounge Inc. As such, the Plaintiff's Motion for Summary Judgment is granted as to the Defendant, The Game Lounge Inc. as unopposed.

As to Defendant Lachelle Green's Motion to Dismiss, the Defendant's motion does not proffer a factual or legal basis for dismissing Plaintiff's claims. It is accordingly denied.

Lastly, Defendant Lachelle Green did not file a written response to Plaintiff's motion for summary judgment. The Court, by letter, directed Defendant to file any responses in opposition to that motion no later than November 19, 2014. As of the date of the July 24, 2015 motion hearing, she did not file a response. Moreover, Defendant Lachelle Green did not appear at the motion hearing on that date to provide her position. Accordingly, Plaintiff's motion for summary judgment against Defendant, Lachelle Green, is also granted as unopposed.

It is the order of the Court that judgment is entered on behalf of Plaintiff and against Defendants Lachelle Green and The Game Lounge Inc., jointly and severally, in the principle amount of $28,028.71, together with attorneys's fees in the amount of $250, plus costs and post-judgment interest at the legal rate.

IT IS SO ORDERED.

/s/ Jeffrey J Clark

---

[1] *Transpolymer Indus., Inc. v. Chapel Main Corp.*, 582 A.2d 936 (Del. 1990) (holding, "[w]hile a natural person may represent himself or herself in court even though he or she may not be an attorney licensed to practice, a corporation, being an artificial entity, can only act through its agents and, before a court only through an agent duly licensed to practice law.").